| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **MD2U Indiana LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3098462** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**9200 Shelbyville Road**<br>**Louisville, KY 40222**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.md2u.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **MD2U Indiana LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **MD2U Management LLC** | Relationship | **Parent** |
|---|---|---|---|
| District | **W.D. Ky.** | When ____ Case number, if known | **filed herewith** |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   **MD2U Indiana LLC**
         Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?**   _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **MD2U Indiana LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 28, 2017**
MM / DD / YYYY

**X /s/ Joel Coleman**                                    **Joel Coleman**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Charity B. Neukomm**                              Date **August 28, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Charity B. Neukomm**
Printed name

**Kaplan & Partners LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone  **(502) 416-1630**     Email address

Bar number and State

# CERTIFICATE OF ADOPTION
# OF RESOLUTION
# OF MD2U INDIANA LLC

I, Joel Coleman, declare under penalty of perjury that I am a Director and a Member of MD2U Management, LLC, and that on August 24, 2017, by unanimous written consent of the Member and the Manager of MD2U Indiana, LLC, the following resolution was duly adopted by the Member and Manager of this limited liability company.

> "Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;
>
> Be It Therefore Resolved that Joel Coleman and Kristen Miller are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company;
>
> Be It Further Resolved, that Joel Coleman and Kristen Miller are authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and
>
> Be It Further Resolved, that Joel Coleman and Kristen Miller are authorized and directed to employ Charity B. Neukomm, attorney, and the law firm of Kaplan & Partners LLP to represent the limited liability company in such bankruptcy case."

**MD2U INDIANA, LLC**

By: **MD2U MANAGEMENT, LLC**
Its: Member and Manager

_____
By: Joel Coleman
Its: Member and Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MD2U Indiana LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Everest Business Funding<br>2001 NW 107 Avenue<br>Miami, FL 33172 | | | Disputed | $168,560.00 | $0.00 | $168,560.00 |
| Kalamata Capital LLC<br>7315 Wisconsin Avenue<br>East Tower, Suite 950<br>Bethesda, MD 20814 | | Blanket lien. Debtor is a Co-Debtor to MD2U Mgmt on this loan. | Disputed | | | $53,492.00 |
| On Deck Capital<br>1400 Broadway<br>New York, NY 10018 | | | Disputed | $74,308.00 | $0.00 | $74,308.00 |
| Pearl Capital<br>100 William Street Suite 900<br>New York, NY 10038 | | Blanket lien. Debtor is a Co-Debtor of Pearl Capital to MD2U KY and MD2U IN for this combined amount. | Disputed | | | $322,209.00 |
| Pearl Capital<br>100 William Street Suite 900<br>New York, NY 10038 | | | Disputed | $76,672.00 | $0.00 | $76,672.00 |
| RapidAdvance (SBFS)<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814 | | Debtor is a Co-Debtor on this loan to MD2U Mgmt. | Disputed | | | $61,133.00 |
| State of Indiana Attorney General Medicaid Fraud Control Unit<br>Indianapolis, IN 46250-1946 | | Alleged Medicaid overpayments | Disputed | | | $394,793.37 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Debtor  **MD2U Indiana LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

Benjamin S. Schecter
Assistant United States Attorney
U.S. Attorney's Office, WDKY
717 West Broadway
Louisville, KY 40202

Canal Mezzanine Partners II, LP
8840 Commons Blvd.
Suite 130
Twinsburg, OH 44087

Everest Business Funding
2001 NW 107 Avenue
Miami, FL 33172

Greg Latta
1261 Cherokee Road
Louisville, KY 40204

J. Michael Benfield, Jr.
8902 Dennington Drive
Louisville, KY 40222

Kalamata Capital LLC
7315 Wisconsin Avenue
East Tower, Suite 950
Bethesda, MD 20814

Karen Latta
1261 Cherokee Road
Louisville, KY 40204

Karen Latta
1261 Cherokee Road
Louisville, KY 40261

MD2U Cares, Inc.
9200 Shelbyville Road
Louisville, KY 40222

MD2U Florida LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Franchising
9200 Shelbyville Road
Louisville, KY 40222

MD2U Franchising, Inc.
9200 Shelbyville Road
Louisville, KY 40222

MD2U Holding Company
9200 Shelbyville Road
Louisville, KY 40222

```
MD2U IAH LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Kentucky LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Louisiana LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Management LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Missouri LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U North Carolina LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Ohio LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U PLLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U South Carolina LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U Tennessee LLC
9200 Shelbyville Road
Louisville, KY 40222

MD2U West Virginia LLC
9200 Shelbyville Road
Louisville, KY 40222

Office of the U.S. Attorney
Western District of Kentucky
For: Department of Health and Human Svcs
717 West Broadway
Louisville, KY 40202

On Deck Capital
1400 Broadway
New York, NY 10018
```

```
Pearl Capital
100 William Street
Suite 900
New York, NY 10038

RapidAdvance (SBFS)
4500 East West Highway
6th Floor
Bethesda, MD 20814

State of Indiana
Attorney General
Medicaid Fraud Control Unit
Indianapolis, IN 46250-1946
```

# United States Bankruptcy Court
## Western District of Kentucky

In re  **MD2U Indiana LLC**  
                    Debtor(s)

Case No. _____  
Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MD2U Indiana LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MD2U Management LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 28, 2017** | **/s/ Charity B. Neukomm** |
| Date | **Charity B. Neukomm** |
| | Signature of Attorney or Litigant |
| | Counsel for **MD2U Indiana LLC** |
| | **Kaplan & Partners LLP** |
| | **710 West Main Street** |
| | **Fourth Floor** |
| | **Louisville, KY 40202** |
| | **(502) 416-1630 Fax:(502) 540-8282** |